# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No 1:21-20061-CIV-MOORE/LOUIS

ABEL DIAZ, as the Personal Representative of the Estate of GUILLERMO DIAZ URQUIZA, deceased,

    Plaintiff,

v.

MEDTRONIC MINIMED, INC., *et al.*

    Defendants.

_____/

## ORDER

**THIS CAUSE** comes before the Court on Plaintiff's Motion for Extension of Time to Respond to Defendant Medtronic Minimed, Inc.'s Discovery (ECF No. 23). Having reviewed the Motion, and being otherwise duly advised on the matter, the Court hereby DENIES Plaintiff's Motion for failure to comply with Local Rule 7.1(a)(3), which requires counsel for a movant to "confer (orally or in writing), or make reasonable effort to confer (orally or in writing), with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve by agreement the issues to be raised in the motion." Plaintiff's representation, that a single email was sent to opposing counsel but no response had yet been received, is insufficient to satisfy the conferral requirement. Such conferral is required under the Local Rules and indeed, if the relief Plaintiff seeks is agreed upon, no further intervention from the Court is required. *See* S.D. Fla. L.R. 26.1(a).

**DONE AND ORDERED** the 19th day of April, 2021, at Miami, Florida.

_____
LAUREN FLEISCHER LOUIS
UNITED STATES MAGISTRATE JUDGE